IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CV-341-D

| | | |
|---|---|---|
| GEORGE KARIUKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| NC DEPARTMENT OF INSURANCE, | ) | |
| | ) | |
| Defendant. | ) | |

On July 16, 2018 plaintiff filed a motion to seal his complaint [D.E. 4]. The court has reviewed the motion under the governing standard. See, e.g., Doe v. Pub. Citizen, 749 F.3d 246, 272–73 (4th Cir. 2014). The motion to seal [D.E. 4] is DENIED.

SO ORDERED. This 12 day of December 2018.

JAMES C. DEVER III
United States District Judge