UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| GEORGE KARIUKI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NORTH CAROLINA DEPARTMENT OF )<br>INSURANCE, )<br>)<br>Defendant. ) | **JUDGMENT IN A**<br>**CIVIL CASE**<br>**CASE NO. 5:18-CV-341-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion for summary judgment [D.E. 88]. Defendant may file a motion for costs in accordance with the Federal Rules of Civil Procedure and this court's local rules. In light of the court's decision to grant defendant's motion for summary judgment and notwithstanding plaintiff's misconduct at his deposition, the court DENIES defendant's motion to dismiss [D.E. 85], DENIES as meritless plaintiff's motion in opposition to defendant's motion to dismiss [D.E. 98] and motion for summary judgment [D.E. 100], and DENIES as meritless plaintiff's other motions [D.E. 104, 105].

**This Judgment Filed and Entered on August 25, 2021, and Copies To:**

| | |
|---|---|
| George Kariuki | (via CM/ECF electronic notification) |
| Daniel Snipes Johnson | (via CM/ECF electronic notification) |
| Thomas J. Felling | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE:<br>August 25, 2021 | PETER A. MOORE, JR., CLERK<br>(By) /s/ Nicole Sellers<br>Deputy Clerk |